RECEIVED IN
The Court of Appeals
Sixth District

MAR 0 9 2015

Texarkana, Texas
Debra Autrey, Clerk

Ms. Autrey,

3-3-15
FILED IN
The Court of Appeals
Sixth District

MAR 0 9 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Trial Court Cause No. 29,110
Appeal Cause NO. 06-14-00230

I just received the Clerks Record in my case.

Where is the arrest warrant, search warrant, affidavit for search warrant, complaint, motion for Examining Trial, Orders from the Examining Trial, Motion for PR bonds, Orders granting, Motion to Dismiss, Orders denying.

Ms. Autrey
I was sentenced in the 354th District Court under Judge Beacom. These people left alot out tryin to cover some serious wrongs. Please ask the Justices to reconsider my motion to abate with the Clerks Record. Nothing I allege in my motion is in the Clerks Record. Something is not right. I believe I have an actual innocence claim under Shlup, by way of GROH v Ramirez 540 US 551 (2004). This

Clerk's Record is not complete. If the justices so desire - I can send some document copies but they are not certified by the court.

Please investigate this matter.

If my judge has been replaced in my trial then the docket sheets and motions prior to indictment are still missing.

Your time and consideration are greatly appreciated.

Sincerely,

Mark Eugene Engle

Mark Engle 1958430
899 FM 632
Kenedy, TX 78119